In the Matter of the Application of VERONICA G. BOYLAN for an Order Dissolving the Marriage between Her and THOMAS BOYLAN, Pursuant to Section 7-a of the Domestic Relations Law, a Section Relating to the Domestic Relations, Constituting Chapter 14, as Amended by Chapter 279 of the Laws of 1922 and Laws Amendatory Thereto.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HERBERT COWELL, Respondent, against CERTAIN-TEED PRODUCTS CORPORATION, Appellant; ROY BOWERS, Subcontractor, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

BENJAMIN F. LEE, JR., and Another, as Executors, etc., of GEORGE W. LEE, Deceased, Appellants, v. EUGENE BLISS, Respondent; LEWIS WILLARD, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Laying Out of a CERTAIN TOWN HIGHWAY in the Town of Ballston, County of Saratoga, and State of New York. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant; ABRAM V. LOUER and Another, as Receivers of Schenectady Railway Company, Appellants; TOWN BOARD OF THE TOWN OF BALLSTON, Respondent; JAMES B. WHITE, Petitioner, Respondent.— Motion for reargument granted. Reargument at the May order and general calendar term. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of JOHN RUCINSKI for Peremptory or Alternative Mandamus Order against CITY OF SCHENECTADY, NEW YORK, and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for reargument denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYRACUSE TRUST COMPANY, as Trustee of the Trusts Created by RICHARD MATHER and Others, Respondent, v. WILLIAM M. REMMER and Others, Assessors of the City of Utica, Oneida County, and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.